UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                CASE NO: 2:15-cr-13-FtM-38CM

MICHAEL J. RONGA

### ORDER[1]

This matter comes before the Court on United States' Motion in Limine (Doc. #23) filed on May 4, 2015. Defendant Michael J. Ronga filed a response on May 18, 2015. (Doc. #24). The United States very generally seeks to exclude improper evidence of a witness's character, victim's character, and defendant's character pursuant to the Federal Rules of Evidence. In response, Ronga concedes he will not violate the Federal Rules of Evidence. As such, the motion is due to be granted.

Accordingly, it is now

**ORDERED:**

Motion in Limine (Doc. #23) is **GRANTED**.

**DONE AND ORDERED** at Fort Myers, Florida, this May 26, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  Counsel of Record

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites.  The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.